**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _10/13/2021_____

NOEL MOORE,

                   **Plaintiff,**

        **-against-**

**THE CITY OF NEW YORK ET AL.,**

                 **Defendant.**

**21-cv-06600 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties are hereby **ORDERED** to submit a joint status report to the Court on or before

**November 15, 2021**.

**SO ORDERED.**

Dated:    October 13, 2021
           New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**