UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NOEL MOORE,

       Plaintiff,

vs.

The CITY OF NEW YORK,
NEW YORK CITY POLICE OFFICERS
DANIEL DOMARECKI, WARREN SAVAGE,
GISELLE RODRIGUEZ, ADAM MELLUSI,
ALEXANDER BUSTAMONTE,
JOEL MARTINEZ, JOHN DOE,
in their individual and official capacities,

       Defendants.
-----------------------------------------------------------x

**JUDGMENT**

**21 cv 6600 (ALC) (KHP)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/2/2022

  Whereas Defendants, having offered to allow plaintiff Noel Moore to take a judgment against defendant City of New York in this action for the total sum of Ten Thousand and One ($10,001.00) dollars, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for plaintiff's federal claims; plaintiff's attorney having accepted the offer of judgment and the offer is not to be construed as an admission of liability by defendants, or any official, employee, or agent of the City of New York, or any agency thereof, nor is it an admission that plaintiff has suffered any damage, it is,

  **ORDERED, ADJUDGED, AND DECREED**, That plaintiff have judgment in the amount of $10,001.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer for Plaintiff's federal claims as against the City of New York.

**DATED:**  New York, New York

    _____ May 2 _____, 2022

                _____
                HON. ANDREW L. CARTER