**CYRUS JOUBIN, ESQ.**
43 West 43rd Street, Suite 119 – New York, NY 10036
347-223-4296 (office); 703-851-2467 (cell)
718-228-7679 (fax)
joubinlaw@gmail.com

---

May 11, 2022

VIA ECF
Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

05/12/2022

Re:   Noel Moore v. City of New York, et al. – 21 cv 6600 (ALC) (KHP)

Dear Judge Parker,

As counsel for Plaintiff Noel Moore in this lawsuit, I respectfully write to request a two-week extension for the parties to negotiate Plaintiff's attorney's fees pursuant to Rule 68 or, in the alternative, for Plaintiff to file a fee application. This is the first request for an extension, and Defendants consent to this request.

On April 19, 2022, Plaintiff accepted Defendants' Rule 68 Offer of Judgment. (ECF No. 25). On May 2, 2022, the Court issued Judgment against the City of New York. (ECF No. 27). Accordingly, under Rule 54, Plaintiff's motion for attorney's fees is due by May 16, 2022. A two-week extension would make the motion for fees (if any) due by May 30, 2022, and would also allow the parties sufficient opportunity to meet and confer on the issue of Plaintiff's reasonable attorney's fees. The parties have been negotiating in good faith, and will continue to do so in hopes of reaching a resolution.

Thank you for your time and attention to this matter.

Respectfully submitted,

/s/ Cyrus Joubin
Cyrus Joubin, Esq.
Attorney for Plaintiff
43 West 43 Street, Suite 119
New York, NY 10036
347-223-4296
joubinlaw@gmail.com